# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOMESPIRE MORTGAGE CORPORATION ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> GOLD STAR MORTGAGE FINANCIAL ) <br> GROUP, CORPORATION, *et al.* ) <br> ) <br> Defendants. ) | Civil Case No. 3:21-cv-306-BAJ-SDJ |

## PLAINTIFF HOMESPIRE MORTGAGE COROPRATION'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT KATHERINE ROBINS UNDER FED. R.CIV. P. 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Homespire Mortgage Corporation ("Homespire" or "Plaintiff") hereby gives notice that it is dismissing without prejudice its claims against Defendant Katherine Shelton Robins ("Robins").

In its Amended Complaint filed May 27, 2022, (Doc. 25) Plaintiff asserted various claims against Robins (and others). Robins was served with the Summons and Amended Complaint on June 1, 2022. Doc. 29. Robins has not answered or otherwise appeared in this action. As a result, this Court entered a Clerk's Entry of Default on October 24, 2022. Doc. 86. In addition, Robins filed a Chapter 13 Bankruptcy Petition on November 23, 2022. *In Re Robins*, Case No. 22-10618 (M.D. La, Filed Nov. 23, 2022). Homespire informed the Court of that bankruptcy proceeding in its Status Reports filed on December 29, 2022 (Doc. 89) and February 2, 2023 (Doc. 101).

Accordingly, Plaintiff hereby gives Notice under Fed. R. Civ. P. 41(a)(1)(A)(i) that it is dismissing without prejudice its claims against Robins.

Dated: February 22, 2023                    Respectfully submitted,

| | |
|---|---|
| Eric L. Siegel (admitted *pro hac vice*) <br> esiegel@kalbianhagerty.com <br> William P. McGrath, Jr. (admitted *pro hac vice*) <br> wmcgrath@kalbianhagerty.com <br> KALBIAN HAGERTY LLP <br> 888 17th Street NW, Suite 1200 <br> Washington DC, 20006 <br> Telephone:   (202) 223-5600 <br> Facsimile:   (202) 223-6625 <br><br> **Counsel for Plaintiff Homespire Mortgage Corporation** | */s/ Susan Fahey Desmond* <br> Susan Fahey Desmond (Bar # 25380) <br> Susan.Desmond@jacksonlewis.com <br> Michael Brian Taylor (Bar # 39081) <br> Michael.Taylor@jacksonlewis.com <br> JACKSON LEWIS P.C. <br> 601 Poydras Street, Suite 1400 <br> New Orleans, Louisiana 70130 <br> Telephone:   (504) 208-1755 <br> Facsimile:   (504) 208-1759 <br><br> **Counsel for Plaintiff Homespire Mortgage Corporation** |

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 22, 2023, the undersigned attorney electronically filed the foregoing with the clerk of court for the U.S. District Court, Middle District of Louisiana, using the electronic filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept the Notice of Electronic Filing as service of this document by electronic means.

       I further certify that on February 22, 2023, a copy of the foregoing was sent by email and/or mailed via U.S. Mail, postage prepaid, to all parties not registered for electronic service as follows:

| | |
|---|---|
| Ms. Ngocbich Tran<br>16835 Cedar Key Avenue<br>Baton Rouge, LA 70816<br>ivickitran@gmail.com | Mr. Nathan Nguyen<br>9549 Homestead Drive<br>Baton Rouge, LA 70817<br>nathann70810@yahoo.com |
| Mr. Jack Sanith<br>17208 Rue Le Norde<br>Prairieville, LA 70769<br>JackSanith@gmail.com | Ms. Katherine Shelton Robins<br>12818 Stutgart Avenue<br>Baton Rouge, LA 70816 |

                                          */s/ Susan Fahey Desmond*