IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOMESPIRE MORTGAGE CORPORATION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case No. 3:21-cv-306-BAJ-SDJ |
| ) | |
| GOLD STAR MORTGAGE FINANCIAL ) | |
| GROUP, CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

*************************************************************************

**<u>DEFENDANT, MARY KAYE THOMAS' 12(b)(6) MOTION TO DISMISS HOMESPIRE'S SECOND AMENDED COMPLAINT AS TO COUNTS</u>** <u>I, II, III, VI, VI, VII, VIII, AND XI</u> **<u>AGAINST THOMAS</u>**

NOW INTO COURT, through undersigned counsel, comes Mary Kaye Thomas ("Thomas"), who files this Motion to Dismiss the Second Amended Complaint filed by Plaintiff, Homespire Mortgage Corporation, against Thomas (Doc. 129) for failure to state a claim under which relief can be granted, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure.

WHEREFORE, Thomas respectfully requests that this Court enter an order dismissing all claims against her asserted in the Seconded Amended Complaint filed by Plaintiff, Homespire Mortgage Corporation.

*s/JP Gorham*
_____
JP Gorham (Bar # 31746)
JP Gorham Attorney At Law LLC
PO BOX 86928
Baton Rouge, LA 70879
225-341-5939 Office
504-957-3551 Direct
jgorham@gorhamlawfirm.com
Attorney for Defendant, Mary Kaye Thomas

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*s/JP Gorham*
_____
JP Gorham, Esq.