UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOMESPIRE MORTGAGE CORPORATION | CIVIL ACTION |
| VERSUS | |
| GOLD STAR MORTGAGE FINANCIAL GROUP, CORPORATION, ET AL. | NO. 21-00306-BAJ-SDJ |

## PARTIAL JUDGMENT

Considering the Parties' **Stipulation Of Dismissal With Prejudice Regarding Defendant Amy LeBlanc Only (Doc. 163)**, which the Court construes as a stipulation dismissing Plaintiff's claims against Defendant Amy LeBlanc *only*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's claims against Defendant Amy LeBlanc be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, expenses, and fees.

Baton Rouge, Louisiana, this 29th day of January, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA