# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOMESPIRE MORTGAGE CORPORATION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case No. 3:21-cv-306-BAJ-SDJ |
| ) | |
| GOLD STAR MORTGAGE FINANCIAL ) | |
| GROUP, CORPORATION, ) | |
| ERIC TODD MITCHELL, ) | |
| AMY SHELTON LeBLANC (a/k/a Amy LeBlanc), ) | |
| JACK SANITH, ) | |
| NATHAN NGUYEN, ) | |
| MARY KAY THOMAS, ) | |
| -and- ) | |
| NGOCBICH "VICKI" TRAN ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Homespire Mortgage Corporation, and Defendants, Nathan Nguyen, Jack Sanith and Ngocbich "Vicki" Tran, through undersigned counsel, hereby stipulate and notify the Court that the matter has been resolved **as between them only**, such that they are dismissing this action against them only with prejudice. Each side shall bear its/their own costs and attorneys' fees.

1

Dated: February 14, 2024

Respectfully submitted,

/s/ *Eric L. Siegel*
Eric L. Siegel (admitted *pro hac vice*)
esiegel@kalbianhagerty.com
William P. McGrath, Jr. (admitted *pro hac vice*)
wmcgrath@kalbianhagerty.com
KALBIAN HAGERTY LLP
888 17th Street NW, Suite 1200
Washington DC, 20006
Telephone: (202) 223-5600
Facsimile: (202) 223-6625

Michael B. Taylor (#39081)
Michael.Taylor@JacksonLewis.com
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**Counsel for Plaintiff Homespire Mortgage Corporation**

**Counsel for Plaintiff Homespire Mortgage Corporation**

/s/ *Jacob Chapman*
Jacob Chapman (Bar #33056)
400 Convention St., Ste. 550
Baton Rouge, Louisiana 70802
Telephone: (225) 282-0602
Facsimile: (877) 443-9889
jchapman@lawfirmbr.com

**Attorneys for Jack Sanith, Ngobich Tran, and Nathan Nguyen**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2024, the undersigned attorney electronically filed the foregoing with the clerk of court for the U.S. District Court, Middle District of Louisiana, using the electronic filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept the Notice of Electronic Filing as service of this document by electronic means.

                                                */s/ Eric L. Siegel*
                                                Eric L. Siegel