**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| HOMESPIRE MORTGAGE CORPORATION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GOLD STAR MORTGAGE FINANCIAL )<br>GROUP, CORPORATION, )<br>ERIC TODD MITCHELL, )<br>AMY SHELTON LeBLANC (a/k/a Amy LeBlanc), )<br>JACK SANITH, )<br>NATHAN NGUYEN, )<br>MARY KAY THOMAS, )<br>  -and- )<br>NGOCBICH "VICKI" TRAN )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 3:21-cv-306-BAJ-SDJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Homespire Mortgage Corporation, and Defendant, Mary Kay Thomas, through undersigned counsel, hereby stipulates and notifies the Court that the matter has been resolved **as between them only**, such that Plaintiff is dismissing this action against Defendant Thomas only with prejudice. Each side shall bear its/their own costs and attorneys' fees.

1

| | |
|---|---|
| Dated: February 14, 2024 | Respectfully submitted, |
| /s/ *Eric L. Siegel*<br>Eric L. Siegel (admitted *pro hac vice*)<br>esiegel@kalbianhagerty.com<br>William P. McGrath, Jr. (admitted *pro hac vice*)<br>wmcgrath@kalbianhagerty.com<br>KALBIAN HAGERTY LLP<br>888 17th Street NW, Suite 1200<br>Washington DC, 20006<br>Telephone:   (202) 223-5600<br>Facsimile:    (202) 223-6625 | Michael B. Taylor (#39081)<br>Michael.Taylor@JacksonLewis.com<br>JACKSON LEWIS P.C.<br>601 Poydras Street, Suite 1400<br>New Orleans, Louisiana 70130<br>Telephone:     (504) 208-1755<br>Facsimile:      (504) 208-1759 |
| **Counsel for Plaintiff Homespire Mortgage Corporation** | **Counsel for Plaintiff Homespire Mortgage Corporation** |

s/ *J.P. Gorham*
J.P. Gorham, 31746
JP Gorham Attorney at Law, LLC
P.O. Box 86928
Baton Rouge, Louisiana 70879
Telephone:  225-341-5939
Direct: 504-957-3551
jpgorham@gorhamlawfirm@gmail.com

**Attorney for Defendant, Mary Kaye Thomas**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2024, the undersigned attorney electronically filed the foregoing with the clerk of court for the U.S. District Court, Middle District of Louisiana, using the electronic filing system of the Court. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept the Notice of Electronic Filing as service of this document by electronic means.

                                                  */s/ Eric L. Siegel*
                                                  Eric L. Siegel